United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Terry Tanner, et al., | NO. C 05-00987 JW |
| Plaintiffs, | |
| v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| ZAP Electric, Inc., | |
| Defendant. | |

    Because Defendant has not yet made an appearance before this Court, the case management conference scheduled for Monday, September 19, 2005 is continued to Monday, November 21, 2005 at 10:00 a.m.  In the interim, if appropriate, Plaintiffs may proceed with seeking entry of default from the Clerk, and notice a hearing for default judgment no later than October 31, 2005.  In the alternative, if Defendant files an answer, the parties will meet and confer, and file a joint case management statement no later than November 11, 2005.

Dated: September 7, 2005

05cv0987.ctdcmc

/s/
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Sue  Campbell suecampbell@att.net

| | |
|---|---|
| **Dated: September 7, 2005** | **Richard W. Wieking, Clerk** |
| | **By:__/jwchambers/_____** |
| | **Ronald L. Davis** |
| | **Courtroom Deputy** |

**United States District Court**
For the Northern District of California