1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9              SAN JOSE DIVISION

10  Terry Tanner et al.,                    NO. C 05-00987 JW

11            Plaintiff(s),          **ORDER VACATING CASE**
                                      **MANAGEMENT CONFERENCE;**
       v.                             **SETTING DEADLINE FOR FILING**
12                                    **DEFAULT JUDGMENT**
    Zap Electric, Inc.,
13
             Defendant(s).
14  _____/

15        Because the Clerk of Court has entered default against the only Defendant, the case management

16  conference scheduled for November 21, 2005 is vacated.  Plaintiff shall proceed with a motion for default

17  judgment, and notice the motion for hearing no later than December 19, 2005, 9:00 a.m.

18  Dated: November 14, 2005                      /s/James Ware_____
                                                  JAMES WARE
19                                                United States District Judge

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

1    **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2    Sue Campbell  suecampbell@att.net

3

4    **Dated: November 14, 2005**                    **Richard W. Wieking, Clerk**

5

6                                                     **By:  /s/JW Chambers**
                                                            **Ronald L. Davis**
7                                                           **Courtroom Deputy**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California