IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Terry Tanner et al., | NO. C 05-00987 JW |
|     Plaintiff(s), | **CORRECTED ORDER VACATING CASE MANAGEMENT CONFERENCE; SETTING DEADLINE FOR FILING DEFAULT JUDGMENT** |
|   v. | |
| Zap Electric, Inc., | |
|     Defendant(s). | |

    Because the Clerk of Court has entered default against the only Defendant, the case management conference scheduled for November 21, 2005 is vacated. Plaintiff shall proceed with a motion for default judgment, and notice the motion for hearing no later than January 23, 2006, 9:00 a.m.

Dated: November 14, 2005             /s/James Ware
                                                     JAMES WARE
                                                     United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Sue Campbell suecampbell@att.net

**Dated: November 14, 2005**   **Richard W. Wieking, Clerk**

**By:  /s/JW Chambers**
     **Ronald L. Davis**
     **Courtroom Deputy**

United States District Court
For the Northern District of California