SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 101
San Jose, California 95112
Phone: (408) 277-0648
Fax:    (408) 938-1035

Attorney for Plaintiffs

**GRANTED**
*Judge James Ware*
3/31/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY TANNER AND WILLIAM T. BARROW, AS TRUSTEES OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 332 HEALTH AND WELFARE AND PENSION TRUST FUNDS, NEBF, JEIF, NECA SERVICE CHARGE, NECA, DUES CHECK OFF AND APPRENTICESHIP TRAINING TRUST FUNDS,<br><br>Plaintiffs,<br><br>vs.<br><br>ZAP ELECTRIC, INC., a California Corporation,<br><br>Defendant. | CASE NO.: C05 00987 JW RS<br><br>NOTICE OF WITHDRAWAL OF APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION<br><br>Date:  April 7, 2008<br>Time:  9:00 a.m.<br>Place: Room 4028, 4th Floor<br><br>Judge: Hon. James Ware |

Plaintiffs hereby withdraw their Application and Order for Appearance and Examination on calendar for April 7, 2008. Plaintiffs are unable to locate Defendant for service at this time.

Dated: March 24, 2008

SUE CAMPBELL

1

NOTICE OF WITHDRAWAL OF APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION